IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Rooney, Frank P                        Case Number:  05 B 21482
                                                    Judge:  Squires, John H
Printed:  9/19/06                                   Filed:  4/13/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Ch 7 Conversion:  July 26, 2006
Confirmed:   None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 357.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 357.00 |
| Totals: | 357.00 | 357.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Hamptons Townhome Condominium | Secured | 0.00 | 0.00 |
| 2. | Illinois Dept of Revenue | Secured | 4,568.42 | 0.00 |
| 3. | Illinois Dept of Revenue | Unsecured | 140.76 | 0.00 |
| 4. | B-Real LLC | Unsecured | 3,321.45 | 0.00 |
| 5. | Discover Financial Services | Unsecured | 6,821.05 | 0.00 |
| 6. | Great Lakes Higher Education | Unsecured | 3,196.48 | 0.00 |
| 7. | ECast Settlement Corp | Unsecured | 6,037.12 | 0.00 |
| 8. | ECast Settlement Corp | Unsecured | 11,849.56 | 0.00 |
| 9. | GE Money Bank | Unsecured | 328.50 | 0.00 |
| 10. | ABN AMRO | Secured |  | No Claim Filed |
| 11. | Internal Revenue Service | Priority |  | No Claim Filed |
| 12. | Credit Card Center | Unsecured |  | No Claim Filed |
| 13. | Elk Grove Village | Unsecured |  | No Claim Filed |
| 14. | Robert F Dutka DDS | Unsecured |  | No Claim Filed |
| 15. | Cook County Hospital | Unsecured |  | No Claim Filed |
| 16. | William J. McSweeney Jr. DDS. | Unsecured |  | No Claim Filed |
| 17. | Great Lakes Higher Education | Unsecured |  | No Claim Filed |
| 18. | Hampton Farms Townhouse Assn. | Unsecured |  | No Claim Filed |
| 19. | Nicor Gas | Unsecured |  | No Claim Filed |
| 20. | Stroger Hospital | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 36,263.34 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Rooney, Frank P

Printed: 9/19/06

Case Number: 05 B 21482
Judge: Squires, John H
Filed: 4/13/06

_____
$ 0.00

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_
_____