**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | Case No. 05 B 21482 |
| FRANK P. ROONEY, | ) | Hon. John H. Squires |
| | ) | Hearing Date: Thurs., 2/7/08 |
| Debtor. | ) | Hearing Time: 9:30 a.m. |

**ORDER ON FIRST AND FINAL APPLICATION OF ACCOUNTANT FOR TRUSTEE FOR THE ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF <u>EXPENSES</u>**

**THIS MATTER** having been heard on the First and Final Application of Alan D. Lasko & Associates, P.C., accountant for the Trustee, for the allowance of compensation and reimbursement of expenses for services rendered during the period May 25, 2007 through December 26, 2007, all parties having received notice, the Court being fully advised in the premises, and the Court having considered the statements of counsel;

**IT IS HEREBY ORDERED** as follows:

1. Alan D. Lasko & Associates is awarded compensation in the amount of $_____, plus reimbursement of out-of-pocket expenses in the amount of $_____, for services rendered as accountant for the Trustee during the period May 25, 2006 through December 26, 2007.

2. Norman B. Newman, Trustee, is authorized to pay the amounts awarded to Alan D. Lasko & Associates, P.C., forthwith as a Chapter 7 cost of administration expense of this estate.

Dated at Chicago, Illinois this _____ day of February, 2008.

Enter:

_____
United States Bankruptcy Judge

**Order Prepared By:**

Norman B. Newman (Atty. ID# 02045427)
Much Shelist Denenberg Ament
    & Rubenstein, P.C.
191 N. Wacker Drive, Suite 1800
Chicago, IL 60606
(312) 521-2000