**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| | ) | |
| ROONEY, FRANK P | ) | CASE NO. 05-21482 |
| | ) | |
| | ) | JUDGE JOHN H. SQUIRES |
| Debtor(s) | ) | |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE)**

TO the Debtor(s), Creditors, and other Parties in Interest:

1.    NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation.  A hearing will be held.

At:    U.S. BANKRUPTCY COURT
219 South Dearborn, Courtroom 680
Chicago, Illinis 60604

on:    **June 24, 2008**
at:    **10:00 a.m.**

2.    The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly notices before the Court.  ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3.    The Trustee's Final Report shows total:

| | | |
|---|---|---|
| a. Receipts | $ | 25,158.35 |
| b. Disbursements | $ | 9,706.86 |
| c. Net Cash Available for Distribution | $ | 15,451.49 |

4.    Applications for administration fees and expenses have been filed as follows:

| Applicant | Compensation Previously Paid | | Fees Now Requested | | Expenses Now Requested |
|---|---|---|---|---|---|
| Trustee | $ | 0.00 | $ | 3,265.84 | $ |
| Trustee's Firm Legal | $ | 8,047.00 | $ | 3,484.00 | $ |
| Trustee's Firm Legal | $ | 37.40 | $ | | $ 37.10 |

5.      In addition to the fees and expenses of administration listed above as may be allowed by the Court, priority claims totaling $2,603.49 must be paid in full for there to be any dividend to general unsecured creditors.  The priority dividend is anticipated to be 100.00%.

| Claim Number | Claimant | Allowed Amount of Claim | | Proposed Payment |
|---|---|---|---|---|
| 9 | Department of the Treasury-Internal Revenue Service | $ | 2,603.49 | $ 2,603.49 |

6.      Claims of general unsecured creditors totaling $57,564.62, have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full.  The general unsecured dividend is anticipated to be $10.53%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | | Proposed Payment |
|---|---|---|---|---|
| 1 | DiscoverBank/DiscoverFinancialServices | $ | 12,180.45 | $ 1,282.50 |
| 2 | ECMC | $ | 5,708.00 | $ 601.00 |
| 3 | Hampton Farms Townhome Association | $ | 1,217.91 | $ 128.24 |
| 5 | Chase Bank USA, N.A. | $ | 5,931.16 | $ 624.50 |
| 6 | eCAST Settlement Corporation assignee of | $ | 10,780.57 | $ 1,135.10 |
| 7 | eCAST Settlement Corporation assignee of | $ | 21,159.92 | $ 2,227.96 |
| 8 | Recovery Management Systems Corporation | $ | 586.61 | $ 61.76 |

7.      Proposed dividends are approximations.  Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8.      The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois   60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*.  If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9.      Debtor has been discharged.

10.     The Trustee proposed to abandon the following property at the hearing:


Dated:   **May 27, 2008**                    For the Court,


                              By:   **KENNETH S. GARDNER**
                                    Kenneth S. Gardner
                                    Clerk of the United States Bankruptcy Court
                                    219 S. Dearborn Street, 7th Floor
                                    Chicago, IL  60604

## SERVICE/CREDITOR LIST

Gretchen Silver, Esq.
Office of the U.S. Trustee
227 W. Monroe Street, Suite 3350
Chicago, IL 60606

Forrest L. Ingram, P.C.
79 W. Monroe Street, Suite 900
Chicago, IL 60603

Frank P. Rooney
342 University Lane
Elk Grove Village, IL 60007

ABN Amro LaSalle National Bank
800 E. Higgins
Schaumburg, IL 60173

Illinois Department of Revenue
Bankruptcy Section – Level 7-425
100 W. Randolph Street
Chicago, IL 60606

Internal Revenue Service
230 S. Dearborn Street
Mail Stop 5010 CHI
Chicago, IL 60604

Chase Bank Card Services, Inc.
P.O. Box 52188
Phoenix, AZ 85072-2188

Credit Card Services
P.O. Box 1070
Newark, NJ 07101-1070

Discover Financial Services
P.O. Box 30957
Salt Lake City, UT 84130-0957

Elk Grove Village
901 Wellington Avenue
Elk Grove Village, IL 60007

Great Lakes
P.O. Box 3059
Milwaukee, WI 53201-3059

Hampton Farms Townhome Association
Vanguard Management
P.O. Box 88210
Carol Stream, IL 60188

MBNA America
P.O. Box 15137
Wilmington, DE 19886-5137

Nicor Gas
P.O. Box 2020
Aurora, IL 60507

Robert F. Dutka, D.D.S.
615 W. Euclid Avenue
Arlington Heights, IL 60004-5392

Sam's Club
P.O. Box 530942
Atlanta, GA 30353-0942

Stroger Hospital Billing Department
1110 S. Oakley
Chicago, IL 60612

Faith Dolgin
Counsel for the Attorney General
Revenue Litigation Bureau
100 W. Randolph Street, 13th Floor
Chicago, IL 60601