**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| | ) | |
| ROONEY, FRANK P | ) | CASE NO. 05-21482 |
| | ) | |
| | ) | JUDGE JOHN H. SQUIRES |
| Debtor(s) | ) | |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE)**

TO the Debtor(s), Creditors, and other Parties in Interest:

1.      NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation.  A hearing will be held.

> At:    U.S. BANKRUPTCY COURT
> 219 South Dearborn, Courtroom 680
> Chicago, Illinis 60604
>
> on:    **June 24, 2008**
> at:    **10:00 a.m.**

2.      The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly notices before the Court.  ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3.      The Trustee's Final Report shows total:

| | | |
|---|---|---|
| a. Receipts | $ | 25,158.35 |
| b. Disbursements | $ | 9,706.86 |
| c. Net Cash Available for Distribution | $ | 15,451.49 |

4.      Applications for administration fees and expenses have been filed as follows:

| Applicant | Compensation Previously Paid | | Fees Now Requested | | Expenses Now Requested |
|---|---|---|---|---|---|
| Trustee | $ | 0.00 | $ | 3,265.84 | $ |
| Trustee's Firm Legal | $ | 8,047.00 | $ | 3,484.00 | $ |
| Trustee's Firm Legal | $ | 37.40 | $ | | $ 37.10 |

5.      In addition to the fees and expenses of administration listed above as may be allowed by the Court, priority claims totaling $2,603.49 must be paid in full for there to be any dividend to general unsecured creditors.  The priority dividend is anticipated to be 100.00%.

| Claim Number | Claimant | Allowed Amount of Claim | | Proposed Payment |
|---|---|---|---|---|
| 9 | Department of the Treasury-Internal Revenue Service | $ | 2,603.49 | $        2,603.49 |

6.      Claims of general unsecured creditors totaling $57,564.62, have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full.  The general unsecured dividend is anticipated to be $10.53%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | | Proposed Payment |
|---|---|---|---|---|
| 1 | DiscoverBank/DiscoverFinancialServices | $ | 12,180.45 | $        1,282.50 |
| 2 | ECMC | $ | 5,708.00 | $        601.00 |
| 3 | Hampton Farms Townhome Association | $ | 1,217.91 | $        128.24 |
| 5 | Chase Bank USA, N.A. | $ | 5,931.16 | $        624.50 |
| 6 | eCAST Settlement Corporation assignee of | $ | 10,780.57 | $        1,135.10 |
| 7 | eCAST Settlement Corporation assignee of | $ | 21,159.92 | $        2,227.96 |
| 8 | Recovery Management Systems Corporation | $ | 586.61 | $        61.76 |

7.      Proposed dividends are approximations.  Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8.      The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois   60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*.  If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9.      Debtor has been discharged.

10.     The Trustee proposed to abandon the following property at the hearing:


Dated:   **May 27, 2008**                          For the Court,


                                        By:   **KENNETH S. GARDNER**
                                              Kenneth S. Gardner
                                              Clerk of the United States Bankruptcy Court
                                              219 S. Dearborn Street, 7th Floor
                                              Chicago, IL  60604

## SERVICE/CREDITOR LIST

Gretchen Silver, Esq.
Office of the U.S. Trustee
227 W. Monroe Street, Suite 3350
Chicago, IL 60606

Forrest L. Ingram, P.C.
79 W. Monroe Street, Suite 900
Chicago, IL 60603

Frank P. Rooney
342 University Lane
Elk Grove Village, IL 60007

ABN Amro LaSalle National Bank
800 E. Higgins
Schaumburg, IL 60173

Illinois Department of Revenue
Bankruptcy Section – Level 7-425
100 W. Randolph Street
Chicago, IL 60606

Internal Revenue Service
230 S. Dearborn Street
Mail Stop 5010 CHI
Chicago, IL 60604

Chase Bank Card Services, Inc.
P.O. Box 52188
Phoenix, AZ 85072-2188

Credit Card Services
P.O. Box 1070
Newark, NJ 07101-1070

Discover Financial Services
P.O. Box 30957
Salt Lake City, UT 84130-0957

Elk Grove Village
901 Wellington Avenue
Elk Grove Village, IL 60007

Great Lakes
P.O. Box 3059
Milwaukee, WI 53201-3059

Hampton Farms Townhome Association
Vanguard Management
P.O. Box 88210
Carol Stream, IL 60188

MBNA America
P.O. Box 15137
Wilmington, DE 19886-5137

Nicor Gas
P.O. Box 2020
Aurora, IL 60507

Robert F. Dutka, D.D.S.
615 W. Euclid Avenue
Arlington Heights, IL 60004-5392

Sam's Club
P.O. Box 530942
Atlanta, GA 30353-0942

Stroger Hospital Billing Department
1110 S. Oakley
Chicago, IL 60612

Faith Dolgin
Counsel for the Attorney General
Revenue Litigation Bureau
100 W. Randolph Street, 13th Floor
Chicago, IL 60601

# CERTIFICATE OF SERVICE

Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

```
District/off: 0752-1          User: amcc7              Page 1 of 2          Date Rcvd: May 27, 2008
Case: 05-21482               Form ID: pdf002          Total Served: 33
```

The following entities were served by first class mail on May 29, 2008.
```
db             +Frank P Rooney,   342 University Lane,   Elk Grove Village, IL 60007-2749
aty            +Colleen E McManus,   Much Shelist,   191 N. Wacker Drive,   Suite 1800,   Chicago, IL 60606-1615
aty            +Forrest L Ingram,   Forrest L. Ingram, P.C.,   79 W Monroe Street,   Suite 1210,
                Chicago, IL 60603-4936
aty            +James H Hall, Jr,   Macey & Aleman,   20 W kinzie,   13th floor,   Chicago, IL 60610-6392
aty            +William S Hackney,   Much Shelist,   191 N Wacker Drive Ste 1800,   Chicago, IL 60606-1615
tr             +Norman B Newman,   Much Shelist Freed Denenberg,   191 North Wacker Drive Ste 1800,
                Chicago, IL 60606-1615
9399685        +ABN Amro LaSalle National Bank,   800 E. Higgins,   Schaumburg, IL 60173-4777
9399686         Chase BankCard Services, Inc.,   P.O. Box 52188,   Phoenix, AZ 85072-2188
10815639        Chase BankCard Services, Ins.,   P.O.Box 52188,   Phoenix, AZ 85072-2188
9399687         Credit Card Services,   P.O. Box 1070,   Newark, NJ 07101-1070
10722325     +++ECMC,   7325 Beaufont Springs  Suite 200,   Richmond, VA 23225-5563
9399689        +Elk Grove Village,   901 Wellington Ave,   Elk Grove Village, IL 60007-3456
10739080        Great Lakes,   POB 3059,   Milwaukee, WI 53201-3059
9399690        +Great Lakes Educational Loan Services Inc,   Claims Filing Unit,   POB 8973,
                Madison, WI 53708-8973
9399691        +Hampton Farms Townhome Assn,   Vanguard Management,   P.O. Box 88210,
                Carol Stream, IL 60188-0210
10734404       +Hampton Farms Townhome Association,   c/o Kovitz Shifrin Nesbit,   750 Lake Cook Road, Suite 350,
                Buffalo Grove, IL 60089-2088
9399693       ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
                PHILADELPHIA PA 19114-0326
               (address filed with court:  Department of the Treasury-Internal Revenue Servic,
                Centralized Insolvency Operations,   P O Box 21126,   Philadelphia, PA 19114)
11561960      ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
                PHILADELPHIA PA 19114-0326
               (address filed with court:  Internal Revenue Service,   Centralized Insolvency Operations,
                P.O. Box 21126,   Philadelphia,Pa 19114)
9399692        +Illinois Department of Revenue,   Bankruptcy Section Level 7-425,   100 W. Randolph St.,
                Chicago, IL 60601-3218
10772960       +Illinois Department of Revenue,   Bankruptcy Administration Unit,
                100 W. Randolph St., Level 7-400,   Chicago, IL 60601-3218
10815647        Lien Unit,   Ill. Dept. of Revenue,   P.O. Box 19035,   Springfield, IL 62794-9035
9399694         MBNA America,   P.O. Box 15137,   Wilmington, DE 19886-5137
9399696         Robert F. Dutka, D.D.S.,   615 W. Euclid Ave.,   Arlington Heights, IL 60004-5392
10815650        Robert F Dutka, DDS.,   615 West Euclid,   Arlington Heights, IL 60004-5392
9399698        +Stroger Hospital Billing Dept.,   1110 S. Oakley,   Chicago, IL 60612-4218
10739081       +William J. McSweeney Jr., DDS.,   70 Truner Ave,   Elk Grove Village, IL 60007-3955
10805612        eCAST Settlement Corporation assignee of,   MBNA America Bank N A,   POB 35480,
                Newark NJ 07193-5480
```

The following entities were served by electronic transmission on May 28, 2008.
```
10792964       +E-mail/PDF: B-LinellcBNCNotifications@blinellc.com May 28 2008 04:02:16
                B-Real, LLC/Chase Bank USA, N.A.,   Mail Stop 550,   2101 Fourth Ave., Suite 1030,
                Seattle, WA 98121-2317
9399688         E-mail/PDF: mrdiscen@discoverfinancial.com May 28 2008 04:02:35   Discover Financial Services,
                P.O. Box 30957,   Salt Lake City, UT 84130-0957
10704409        E-mail/PDF: mrdiscen@discoverfinancial.com May 28 2008 04:02:35
                DiscoverBank/DiscoverFinancialServices,   P. O. Box 8003,   Hilliard, OH 43026
9399695        +E-mail/Text: bankrup@nicor.com                    Nicor Gas,   P.O. Box 2020,
                Aurora, IL 60507-2020
10843532       +E-mail/PDF: rmscedi@recoverycorp.com May 28 2008 04:02:32
                Recovery Management Systems Corporation,   For GE Money Bank,   dba Sam's Club,
                25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
9399697         E-mail/PDF: gecsedi@recoverycorp.com May 28 2008 04:02:18    Sam's Club,   P.O. Box 530942,
                Atlanta, GA 30353-0942
                                                                                        TOTAL: 6
```

```
        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty             Much Shelist Freed Denenberg Ament & Rubenstein PC
aty*           +Norman B Newman,   Much Shelist Freed Denenberg,   191 North Wacker Drive Ste 1800,
                Chicago, IL 60606-1615
10815638*      +ABN Amro LaSalle National Bank,   800 E. Higgins,   Schaumburg, IL 60173-4777
10815640*       Credit Card Services,   P.O. Box 1070,   Newark, NJ 07101-1070
10815641*     ++DISCOVER FINANCIAL SERVICES LLC,   PO BOX 3025,   NEW ALBANY OH 43054-3025
               (address filed with court:  Discover Financial Services,   P.O. Box 30957,
                Salt Lake City, UT 84130-0957)
10815642*      +Elk Grove Village,   901 Wellington Ave,   Elk Grove Village, IL 60007-3456
10815643*      +Great Lakes,   P.O. Box 3059,   Milwaukee, WI 53201-3059
10815644*      +Hampton Farms Townhome Assn.,   Vanguard Management,   P.O. Box 88210,
                Carol Stream, IL 60188-0210
10815646*     ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
                PHILADELPHIA PA 19114-0326
               (address filed with court:  Department of the Treasury-Internal Revenue Servic,
                Centralized Insolvency Operations,   P O Box 21126,   Philadelphia, PA 19114)
10815645*      +Illinois Department of Revenue,   Bankruptcy Section Level 7-425,   100 W. Randolph St.,
                Chicago, IL 60601-3218
10815648*       MBNA America,   P.O. Box 15137,   Wilmington, DE 19886-5137
10815649*      +Nicor Gas,   P.O. Box 2020,   Aurora, IL 60507-2020
10815651*       Sam's Club,   P.O. Box 530942,   Atlanta, GA 30353-0942
10815652*      +Stroger Hospital Billing Dept.,   1110 S. Oakley,   Chicago, IL 60612-4218
10815653*      +William J McSweeney Jr., DDS.,   70 Truner Ave.,   Elk Grove Village, IL 60007-3955
```

District/off: 0752-1          User: amcc7              Page 2 of 2              Date Rcvd: May 27, 2008
Case: 05-21482               Form ID: pdf002          Total Served: 33

```
          ***** BYPASSED RECIPIENTS (continued) *****
                                                                    TOTALS: 1, * 14

  Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
  USPS regulations require that automation-compatible mail display the correct ZIP.

  Addresses marked '++' were redirected to the recipient's preferred mailing address
  pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

  Addresses marked '+++' were transmitted to the recipient's preferred mailing address
  pursuant to 11 U.S.C. 342(e).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 29, 2008**                    **Signature:**     *Joseph Speetjens*