IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| ROONEY, FRANK P | ) | |
| | ) | CASE NO. 05-21482 0005 |
| | ) | |
| | ) | JUDGE JOHN H. SQUIRES |
| Debtor(s) | ) | |

## DISTRIBUTION REPORT

I, <u>NORMAN NEWMAN</u>, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

SUMMARY OF DISTRIBUTION:

| | |
|---|---:|
| Secured Claims | $ 0.00 |
| Chapter 7 Administrative Expenses: | $ 6,786.94 |
| Chapter 11 Administrative Expenses: | $ 0.00 |
| Priority Claims (507(a)(2)-(a)(7)): | $ 0.00 |
| Secured Tax Liens: | $ 0.00 |
| Priority Tax Claims: | $ 2,603.49 |
| Other Priority Claims (507(a)(9)): | $ 0.00 |
| General Unsecured Claims: | $ 6,069.59 |
| TOTAL AMOUNT TO BE DISTRIBUTED: | $ 15,460.02 |

EXHIBIT D

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---:|---:|
| Secured Claims | $0.00 | 0.00% |
| **CLAIM NUMBER** — **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---:|---:|
| §726(a) & (B) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | $14,871.34 | 100.00% |
| **CLAIM NUMBER** — **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |
| A — Norman B. Newman, Trustee | 3,265.84 | 3,265.84 |
| B — Much Shelist, et.al. | 11,531.00 | 3,484.00 |
| C — Much Shelist, et.al. | 74.50 | 37.10 |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---:|---:|
| §726(a) & (b) and §507(a)(1) (Debtor-in-possession (DIP) administrative expenses) | $0.00 | 0.00% |
| **CLAIM NUMBER** — **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---:|---:|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $0.00 | 0.00% |
| **CLAIM NUMBER** — **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

EXHIBIT D

| 5. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $4,300.00 | | $0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |

| 6. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §507(a)(4) - Contributions to Employee Benefit Funds | | $0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |

| 7. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,300.00 | | $0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |

| 8. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| 507(a)(6) - Deposits by consumers to the extent of $1,950.00 | | $0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |

EXHIBIT D

| 9. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | 507(a)(7) - Alimony | $0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |

| 10. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §724(b) - Tax Liens | $0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |

| 11. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §507(a)(8) - Tax claims excluding fines and penalties | $2,603.49 | 100.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
| 9 | Department of the Treasury-Internal Revenue Service | 2,603.49 | 2,603.49 |

| 12. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §507(a)(9) - Capital Commitments to FDIC, et al. | $0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |

EXHIBIT D

| 13. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | §726(a)(2) - General Claims (To be paid <u>pro-rata</u> after costs of administration and priority claims are paid in full) | $57,564.62 | 10.54% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| 1 | DiscoverBank/DiscoverFinancialServices | 12,180.45 | 1,284.30 |
| 2 | ECMC | 5,708.00 | 601.85 |
| 3 | Hampton Farms Townhome Association | 1,217.91 | 128.42 |
| 5 | Chase Bank USA, N.A. | 5,931.16 | 625.38 |
| 6 | eCAST Settlement Corporation assignee of | 10,780.57 | 1,136.70 |
| 7 | eCAST Settlement Corporation assignee of | 21,159.92 | 2,231.09 |
| 8 | Recovery Management Systems Corporation | 586.61 | 61.85 |

| 14. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | Subordinated unsecured claims | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 15. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | §726(a)(3) - Late unsecured claims | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

**EXHIBIT D**

| 16. TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(4) - Fines/penalties | | $811.44 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
| 9 | Department of the Treasury-Internal Revenue Service | 811.44 | 0.00 |

| 17. TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(5) - Interest | | $0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |

| 18. TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(6) - Surplus to Debtor | | $0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED /WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|

EXHIBIT D

| | | | | |
|---|---|---|---|---|
| Unsecured | 4-2 | Illinois Department of Revenue<br>Bankruptcy Unit<br>100 W. Randolph Street, #7-400<br>Chicago, IL 60601 | $44.00 | Disallowed |
| Secured | 4-2 | Illinois Department of Revenue<br>Bankruptcy Administration Unit<br>100 W. Randolph St., Level 7-400<br>Chicago, IL 60601 | $219.33 | Disallowed |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

Dated:  July 9, 2008                           /s/ Norman Newman
                                               NORMAN NEWMAN, Trustee

**EXHIBIT D**

# Claims Proposed Distribution

## Case: 05-21482   ROONEY, FRANK P

Report Includes ONLY Claims with a Proposed Distribution

**Case Balance:** $15,460.02   **Total Proposed Payment:** $15,460.02   **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| A | Norman B. Newman, Trustee <2100-00 Trustee Compensation> | Admin Ch. 7 | 3,265.84 | 3,265.84 | 0.00 | 3,265.84 | 3,265.84 | 12,194.18 |
| B | Much Shelist, et.al. <3110-00 Attorney for Trustee Fees (Trustee Firm)> | Admin Ch. 7 | 3,484.00 | 11,531.00 | 8,047.00 | 3,484.00 | 3,484.00 | 8,710.18 |
| C | Much Shelist, et.al. <3120-00 Attorney for Trustee Expenses (Trustee Firm)> | Admin Ch. 7 | 37.10 | 74.50 | 37.40 | 37.10 | 37.10 | 8,673.08 |
| **SUBTOTAL FOR ADMIN CH. 7** | | | **6,786.94** | **14,871.34** | **8,084.40** | **6,786.94** | **6,786.94** | |
| 9 | Department of the Treasury-Internal Revenue Service | Priority | 2,603.49 | 2,603.49 | 0.00 | 2,603.49 | 2,603.49 | 6,069.59 |

**Claim Memo:** Unsecured claimed:$811.44; Priority claimed:$2603.49; Priority; History: 9-1 08/23/2007Claim #9 filed by Department of the Treasury-Internal Revenue Service , total amount claimed: $3414.93 (Hayes, Bruce)

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **SUBTOTAL FOR PRIORITY** | | | **2,603.49** | **2,603.49** | **0.00** | **2,603.49** | **2,603.49** | |
| 1 | DiscoverBank/DiscoverFinancialServices | Unsecured | 12,180.45 | 12,180.45 | 0.00 | 12,180.45 | 1,284.30 | 4,785.29 |

**Claim Memo:** Claim #1 filed by DiscoverBank/DiscoverFinancialServices , total amount claimed: $12180.45 (Wilson, Melissa)

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 2 | ECMC | Unsecured | 5,708.00 | 5,708.00 | 0.00 | 5,708.00 | 601.85 | 4,183.44 |

**Claim Memo:** Claim #2 filed by GLHEC, total amount claimed: $5708 (Rahmoun, Margie)

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 3 | Hampton Farms Townhome Association | Unsecured | 1,217.91 | 1,217.91 | 0.00 | 1,217.91 | 128.42 | 4,055.02 |

**Claim Memo:** Caim #3 filed by Hampton Farms Townhome Association, secured total amount claimed: $1217.91 (Kapustka, Ronald). Corresponded with atty. re: allowing as a general unsecured claim

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 5 | Chase Bank USA, N.A. | Unsecured | 5,931.16 | 5,931.16 | 0.00 | 5,931.16 | 625.38 | 3,429.64 |

**Claim Memo:** Unsecured; History: 5-1 06/26/2006Claim #5 filed by B-Real, LLC/Chase Bank USA, N.A. , total amount claimed: $5931.16 (Kane, Steven) Address line 1 and 2 are more than 80 characters and cannot be wrapped: Mail Stop 550
2101 Fourth Ave., Suite 1030
Seattle, WA, 98121

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 6 | eCAST Settlement Corporation assignee of | Unsecured | 10,780.57 | 10,780.57 | 0.00 | 10,780.57 | 1,136.70 | 2,292.94 |

**Claim Memo:** Unsecured; History: 6-1 07/06/2006Claim #6 filed by eCAST Settlement Corporation assignee of , total amount claimed: $10780.57 (Lee, Thomas) Address line 1 and 2 are more than 80 characters and cannot be wrapped: MBNA America Bank N A
POB 35480
Newark, NJ 07193-5480

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 7 | eCAST Settlement Corporation assignee of | Unsecured | 21,159.92 | 21,159.92 | 0.00 | 21,159.92 | 2,231.09 | 61.85 |

**Claim Memo:** Unsecured; History: 7-1 07/06/2006Claim #7 filed by eCAST Settlement Corporation assignee of , total amount claimed: $21159.92 (Lee, Thomas) Address line 1 and 2 are more than 80 characters and cannot be wrapped: MBNA America Bank N A
POB 35480
Newark, NJ 07193-5480

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 8 | Recovery Management Systems Corporation | Unsecured | 586.61 | 586.61 | 0.00 | 586.61 | 61.85 | 0.00 |

**Claim Memo:** Unsecured; History: 8-1 07/31/2006Claim #8 filed by Recovery Management Systems Corporation , total amount claimed: $586.61 (Singh, Ramesh) Address line 1 and 2 are more than 80 characters and cannot be wrapped: For GE Money Bank dba Sam's Club

## Claims Proposed Distribution

### Case: 05-21482   ROONEY, FRANK P

Report Includes ONLY Claims with a Proposed Distribution

| Case Balance: | $15,460.02 | Total Proposed Payment: | $15,460.02 | Remaining Balance: | $0.00 |

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | 25 SE 2nd Ave Ste 1120 | | | | | | | |
| | Miami, FL 33131 | | | | | | | |
| SUBTOTAL FOR | UNSECURED | | 57,564.62 | 57,564.62 | 0.00 | 57,564.62 | 6,069.59 | |
| | Total for Case 05-21482 : | | $66,955.05 | $75,039.45 | $8,084.40 | $66,955.05 | $15,460.02 | |

### CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| Total Administrative Claims : | $6,786.94 | $14,871.34 | $8,084.40 | $6,786.94 | 100.000000% |
| Total Priority Claims : | $2,603.49 | $2,603.49 | $0.00 | $2,603.49 | 100.000000% |
| Total Unsecured Claims : | $57,564.62 | $57,564.62 | $0.00 | $6,069.59 | 10.543959% |