**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | Chapter 7 |
| | ) | Case No. 05 B 21482 |
| **FRANK P. ROONEY,** | ) | Hon. John H. Squires |
| | ) | |
| **Debtor.** | ) | |

**ORDER APPROVING TRUSTEE'S FINAL ACCOUNT**

The Trustee having filed his/her Final Account, and the Trustee having certified that the estate has been fully administered pursuant to FRBP 5009 and no objections having been field to the Final Account:

IT IS HEREBY ORDERED that the Final Account is approved, that the Trustee is discharged, and that the case shall be closed pursuant to 11 U.S.C. §350.

_____       _____
DATE                                                            UNITED STATES BANKRUPTCY JUDGE